DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**PGA MEXX, LLC d/b/a CABO FLATS,**
Petitioner,

v.

**TRENT MAYER,**
Respondent.

No. 4D14-401

[July 9, 2014]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward H. Fine, Judge; L.T. Case No. 13-12809 AE.

Richard F. Della Fera and Joshua M. Entin of Entin & Della Fera, P.A., Fort Lauderdale, for petitioner.

Stephan A. LeClainche of Babbitt Johnson Osborne & LeClainche, P.A., West Palm Beach, for respondent.

PER CURIAM.

PGA MEXX, LLC d/b/a Cabo Flats petitions for a writ of certiorari seeking review of an order denying its emergency motion for stay. Based upon an order of a Delaware chancery court enjoining actions involving petitioner's insurer until October 7, 2014, we grant the petition and direct the trial court to stay all proceedings in this case. *See Am. Bonding Co. v. Coastal Metal Sales, Inc.*, 679 So. 2d 1250 (Fla. 2d DCA 1996).

*Petition Granted with Directions.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***